# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **SARAH M. BAUGHMAN,** ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | **CIVIL ACTION NO.** |
| ) | **1:23-cv-03199-JPB-JKL** |
| **TRUIST BANK,** ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT AND CONSENT REQUEST FOR STAY

Defendant Truist Bank ("Truist") hereby notifies the Court that Truist and Plaintiff Sarah M. Baughman ("Plaintiff") have reached an agreement in principle to settle the claims at issue in this matter. The Parties anticipate that they will be able to finalize the settlement within 60 days of the filing of this notice. Truist respectfully requests that the Court stay all pending deadlines in this matter for 60 days to allow the Parties to finalize settlement. Truist's undersigned counsel and counsel for Plaintiff have discussed this Notice, Plaintiff's counsel has reviewed the notice, and the undersigned is authorized to state that Plaintiff's counsel consents to the Notice and to the stay requested herein.

Respectfully submitted this 10th day of January, 2024.

**BRADLEY ARANT BOULT CUMMINGS LLP**

*/s/ Erik J. Badia*
Nancy H. Baughan
Georgia Bar No. 042575
Erik J. Badia
Georgia Bar No. 327905
Promenade Tower
1230 Peachtree Street N.E.
Atlanta, Georgia 30309
Telephone: (404) 868-2015
Email: nbaughan@bradley.com
         ebadia@bradley.com

*Counsel for Defendant Truist*

2

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **NOTICE OF SETTLEMENT AND CONSENT REQUEST FOR STAY** upon all counsel of record in this matter by sending a copy via electronic mail to counsel for Plaintiff.

This 10th day of January, 2024.

                                                          */s/ Erik J. Badia*
                                                          Erik J. Badia