# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| **SARAH M. BAUGHMAN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **CIVIL ACTION NO.** |
| | ) | **1:23-CV-03199-JPB-JKL** |
| **TRUIST BANK,** | ) | |
| | ) | (Removed from Gwinnett County |
| Defendant. | ) | Superior Court), CAFN 23-A-04661-11 |

## DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, Sarah Baughman, by and through the undersigned attorney and

hereby dismisses the above referenced action **with prejudice**.

Submitted this 23rd day of February 2024.


LAW OFFICE OF T. MICHAEL FLINN


/s/ T. Michael Flinn
T. Michael Flinn
Attorney for Plaintiff
GA Bar No: 264530


402 Tanner Street
Carrollton, Georgia 30117
(770) 832-0300
michael@georgiaconsumerlawyer.com

## CERTIFICATE OF SERVICE

I, T. Michael Flinn, Counsel for the Plaintiff, in the within entitled matter, do hereby

certify that I  have this day served a copy of the foregoing **DISMISSAL WITH PREJUDICE**

in the above matter via statutory electronic mail thereon to:

BRADLEY ARANT BOULT CUMMINGS, LLP
Eric Badia
1230 Peachtree NE
Atlanta, GA 30309
404-868-2100
ebadia@bradley.com


This    23rd   day of February 2024.

LAW OFFICES OF T. MICHAEL FLINN

| | |
|---|---|
| 402 Tanner Street | /s/ T. Michael Flinn |
| Carrollton, GA 30117 | T. Michael Flinn |
| (770)832-0300 | Attorney for Plaintiff |
| michael@georgiaconsumerlawyer.com | GA State Bar No. 264530 |